# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

FAHREN HAYDEN PARKER,

        Plaintiff,

v.

No. 4:17CV00532-SWW-JJV

CARPENTAR, Lieutenant,
Saline County Jail; *et al.*

        Defendants.

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 27th day of September, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE